| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

BRIDGET C. EDWARDS §
 §
 Plaintiff, §
 §
*versus* § CIVIL ACTION NO. 1:09-CV-348
 §
BIOTRONICS KIDNEY CENTER and §
KURT LEE, M.D., §
 §
 Defendants. §

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

The Court referred this matter to United States Magistrate Judge Keith F. Giblin at Beaumont, Texas, for hearing and submission of a recommended disposition on case-dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules for the United States District Court for the Eastern District of Texas.

On December 9, 2009, Judge Giblin issued his *Report and Recommendation on Motion for Summary Judgment* [Clerk's doc. #16]. Judge Giblin recommended that the Court grant Defendant Kurt M. Lee's motion for summary judgment on the Plaintiff's claims against him.

To date, no party has filed objections to the magistrate judge's findings and recommendation. Accordingly, having reviewed the record and Judge Giblin's report, the Court agrees with the magistrate judge's findings and recommended disposition. The Court **ORDERS** that the *Report and Recommendation on Motion for Summary Judgment* [Clerk's doc. #16] is **ADOPTED.** Judge Giblin's findings and conclusions of law are incorporated in support of this order.

The Court further **ORDERS** that *Defendant S.M. Kurt M. Lee's Motion for Summary Judgment* [Clerk's doc. #12] is **GRANTED**.

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff Bridget C. Edwards take nothing from Defendant S.M. Kurt Lee, M.D., sued herein as "Dr. Kurt Lee." As between Plaintiff and Defendant S.M. Kurt Lee, M.D., all costs herein are adjudged against Plaintiff.

SIGNED at Beaumont, Texas, this 4th day of January, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE